UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| **BRIAN TEED,** *et al.* <br>          **Plaintiffs,** <br> v. <br><br> **JT PACKARD & ASSOCIATES, INC.,** <br><br> and <br><br> **S. R. BRAY CORP.,** <br>                    **Defendants.** | CIVIL ACTION No. 2:10-MC-023-RTR <br><br> SUPPLEMENTAL VERIFIED STATEMENT OF ATTORNEYS FEES |

SUPPLEMENTAL ATTORNEYS FEES

| Date | Attorney | Time | Hourly Rate | Explanation |
|---|---|---|---|---|
| Aug 19/2010 | NR | 3.2 | $225.00 | Review response brief of opposing counsel; begin research cases cited by opposing counsel in response brief; begin draft reply brief in support of petition for attorneys' fees and costs; send draft to associate for review |
| Aug 20/2010 | LAJ | 0.5 | $295.00 | Review and revise associate draft of reply brief; send memo to associate regarding revisions to strengthen brief |
| Aug 20/2010 | NR | 1.6 | $225.00 | Continue draft reply brief and finalize draft for filing; draft supplemental verified statement of attorneys fees for petition |

Totals

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Larry A. Johnson | .5 | $295.00 | $147.50 |
| Noah Reinstein | 4.8 | $225.00 | $1,080.00 |
| | | | $1,227.50 |

By my signature below, I hereby verify that I am the lead attorney in the case of <u>Teed et al v. JT Packard et al</u>, Case No. 2:10-MC-023-RTR, and that the foregoing statement of attorney fees and costs in this matter is true and correct.

 s/LARRY JOHNSON
Larry A. Johnson